IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS INDUSTRY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1449 (LPS) (CJB) |
| | ) |
| WESTINGHOUSE AIR BRAKE | ) |
| TECHNOLOGIES CORPORATION | ) |
| (d/b/a WABTEC CORPORATION) and | ) |
| WABTEC RAILWAY ELECTRONICS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Siemens Industry, Inc. ("Siemens") and Defendants Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc. (collectively, "Wabtec") (jointly, the "Parties") hereby stipulate to a voluntary dismissal without prejudice of this action.

WHEREAS, the claims asserted by Siemens in this matter are substantively identical to the declaratory judgment counterclaims Siemens has asserted in *Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) v. Siemens Industry, Inc.*, C.A. No. 17-1687 (LPS) now pending in this Court, which case was transferred to the District of Delaware from the Western District of Pennsylvania, rendering the present action duplicative;

IT IS HEREBY STIPULATED by the Parties, through their undersigned counsel, that all claims asserted by Siemens in this action are hereby voluntarily dismissed without prejudice. Since no order of the Court is required to effect this stipulated dismissal under Rule 41(a)(1)(A)(ii), the Parties respectfully request that the Clerk of the Court promptly close this action administratively.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | K&L GATES LLP |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Steven L. Caponi* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>skraftschik@mnat.com | Steven L. Caponi (#3484)<br>600 North King Street<br>Suite 901<br>Wilmington, DE 19801<br>(302) 416-7080<br>steven.caponi@klgates.com |
| *Attorneys for Plaintiff Siemens Industry, Inc.* | *Attorneys for Defendants Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc.* |

OF COUNSEL:

Mark Supko
Kathryn L. Clune
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500

Jacob Z. Zambrzycki
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000

January 16, 2018

OF COUNSEL:

Alan L. Barry
Jason A. Engel
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
(312) 372-1121
alan.barry@klgates.com
jason.engel@klgates.com